**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

JOSEPH OLSON, MONICA OLSON,
JAVIER VARGAS,
      *Plaintiffs-Appellants,*

v.

UNITED STATES OF AMERICA,
      *Defendant-Appellee.*

No. 03-15141

D.C. Nos.
CV-01-00663-WDB
CV-02-00323-WDB

ORDER

---

On Remand From
The United States Supreme Court

Filed January 6, 2006

Before: Betty B. Fletcher and Stephen Reinhardt,
Circuit Judges, and Jane A. Restani,* Chief Judge,
United States Court of International Trade.

---

## COUNSEL

Thomas G. Cotter, Haralson, Miller, Pitt, Feldman & Mc-Anally, P.L.C., for the plaintiffs-appellants.

Peter D. Keisler, Mark B. Stern, and Dana J. Martin, Civil Division, Department of Justice, and Paul K. Charlton, United States Attorney, for the defendant-appellee.

---

*The Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.

## ORDER

This case is remanded to the district court for further proceedings consistent with the decision of the United States Supreme Court in *United States v. Olson*, 126 S. Ct. 510 (2005). The plaintiffs-appellants shall be allowed to conduct discovery on whether the United States can be held liable under the Federal Tort Claims Act pursuant to a "private persons" analogy.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2006 Thomson/West.